UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:06-cr-00188-SDM-MSS

UNITED STATES OF AMERICA
    Plaintiff,

v.

JESUS MARIA OSORIO BRION,
    Defendant,
_____/

*DENIED AS MOOT on 10/8, 2008 in Tampa, Florida*
*STEVEN D. MERRYDAY*
*UNITED STATES DISTRICT JUDGE*

<u>UNOPPOSED MOTION FOR CREDIT FOR TIME SERVED IN COLOMBIA</u>

COMES NOW, **JESUS MARIA OSORIO BRION** by and through his undersigned counsel and moves this Honorable Court to credit time served in Colombia since Defendant's arrest in that Country on November 8th, 2006.

As grounds therefore Defendant alleges the following:

1) That he is entitled to this time served under 18 U.S.C.3585(b).

2) That the arrest date of the Defendant in Colombia pursuant to a U.S. arrest warrant on this case is reflected at page 4 of the Pre Sentence Investigation.

3) The Government has no objections to this motion.

4) Defendant is concerned about not being given credit for time served by BOP since if it is not reflected in